**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**STEPHEN PURTLE** **PLAINTIFF**

**V.** **CASE NO. 5:26-CV-5012**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Currently before the Court is the Report and Recommendation (Doc. 17) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated August 28, 2026, regarding the Motion for Attorney's Fees (Doc. 14) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 14) is **GRANTED**, and the Plaintiff is awarded the sum of **$5,805.60**. This amount represents 1.6 attorney hours in 2025 at an hourly rate of $252.00, 20.7 attorney hours in 2026 at an hourly rate $257.00, and 1.1 hours of paralegal work in 2025 and 2026 at an hourly rate of $75.00.

**IT IS SO ORDERED** on this 14th day of September, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE